```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 11927
   MARIO R LEE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-4121


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 07/03/2007 and was not confirmed.

    The case was dismissed without confirmation 01/31/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
CAPITAL ONE               UNSECURED            560.46         .00            .00
ASSET ACCEPTANCE LLC      UNSECURED           4432.93         .00            .00
NISSAN INFINITI           SECURED NOT I      33000.00         .00            .00
POPULAR MORTGAGE SERVICI  CURRENT MORTG          .00          .00            .00
POPULAR MORTGAGE SERVICI  SECURED NOT I          .00          .00            .00
CODILIS & ASSOCIATES ^    CURRENT MORTG          .00          .00            .00
CODILIS & ASSOCIATES ^    SECURED NOT I          .00          .00            .00
ILLINOIS NATIONAL BANK    SECURED NOT I       8279.51         .00            .00
CITY OF CHICAGO DEPT OF   PRIORITY          NOT FILED         .00            .00
AMER GEN FIN              UNSECURED         NOT FILED         .00            .00
ARONSON FURNITURE         UNSECURED         NOT FILED         .00            .00
BALLYS TOTAL FITNESS      UNSECURED         NOT FILED         .00            .00
CAPITAL ONE BANK          UNSECURED         NOT FILED         .00            .00
MONTEREY FINANCIAL        UNSECURED         NOT FILED         .00            .00
OAK BROOK BK              UNSECURED           3298.24         .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED         NOT FILED         .00            .00
SEAWAY NATIONAL BANK      UNSECURED         NOT FILED         .00            .00
CITY OF CHICAGO PARKING   UNSECURED           3491.11         .00            .00
CREDIT ACCEPTANCE CORP    SECURED NOT I       9405.52         .00            .00
ECMC                      UNSECURED          22947.29         .00            .00
BROOKINS & WILSON         DEBTOR ATTY         3,000.00                    1,100.32
TOM VAUGHN                TRUSTEE                                            95.68
DEBTOR REFUND             REFUND                                              .00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              1,196.00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                             1,100.32
TRUSTEE COMPENSATION                          95.68

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 11927 MARIO R LEE
```

```
DEBTOR REFUND                                                        .00
                                          ---------------    ---------------
TOTALS                                          1,196.00           1,196.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 04/23/08                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE










                                        PAGE   2
            CASE NO. 07 B 11927 MARIO R LEE